| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kinkeade, James E. | Northern District of Texas | 08/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U. S. District Court
1100 Commerce St., Room 1625
Dallas, TX 75242

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Rio Viga, LLC |
| 2. Trustee | Baylor Scott & White Holdings |
| 3. Trustee (ex officio - not voting) | Baylor Medical Center - Irving |
| 4. Adjunct Professor | Baylor University School of Law |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/14 | Teaching classes at Baylor University School of Law |
| 2. 09/01/01 | State of Texas - Employee Retirement Benefits |
| 3. 01/01/90 | Dallas County - Employee Retirement Benefits |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | West Services, Inc. - Royalty Income | $6,972.00 |
| 2. 2014 | National Institute for Trial Advocacy - Royalty Income | $188.00 |
| 3. 2014 | State of Texas Judicial Retirement System | $72,409.00 |
| 4. 2014 | Baylor University Law School - teaching | $26,955.00 |
| 5. 2014 | Texas County & District Retirement System | $24,154.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Teacher Retirement System of Texas |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Baylor Healthcare System | 02/06/14-02/08/14 | Scottsdale, AZ | Board Meeting | hotel, transportation, meals |
| 2. | South Texas College of Law | 03/29/14-03/30/14 | Houston, TX | Judging Mock Trial Competition | hotel, transportation, meals |
| 3. | HarrisMartin Publishing | 04/02/14-04/06/14 | New York, NY | Speaking at Conference | hotel, transportation, meals |
| 4. | Baylor Healthcare System | 06/05/14-06/08/14 | Santa Rosa, CA | Meeting | hotel, transportation, meals |
| 5. | State Bar of Texas | 06/24/14-06/26/14 | Austin, TX | Board Meeting | hotel, transportation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E. | 08/10/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Baylor University School of Law | 07/20/14-08/12/14 | St. Andrews, Scotland | Teaching law school course | hotel, transportation, meals |
| 7. | Baylor Healthcare System | 09/11/14-09/14/14 | Santa Rosa, CA | Meeting | hotel, transportation, meals |
| 8. | Louisiana State Bar Association | 11/19/14-11/21/14 | New Orleans, LA | Speaking at Conference | hotel, transportation, meals |
| 9. | Baylor Healthcare System | 12/04/14-12/05/14 | Round Rock, TX | Board Meeting | hotel, transporation, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E. | 08/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | International Bank | Mortgage on Rental Property #5 | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Dallas County, TX | E | Rent | M | W | | | | | |
| 2. Rental Property #2, P-K, Dallas County, TX | D | Rent | M | W | | | | | |
| 3. Rental Property #3, P-K, Dallas County, TX | D | Rent | M | W | | | | | |
| 4. Rental Property #4, Dallas County, TX | D | Rent | M | W | | | | | |
| 5. Rental Property #5, ▨ | B | Rent | M | W | | | | | |
| 6. Bank of America | A | Interest | J | T | | | | | |
| 7. Bank of the West | A | Interest | M | T | | | | | |
| 8. Rental Property #6, McLennan County, TX | A | Rent | L | W | Buy | 02/28/14 | L | | Evelyn Berry et al |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Two adjoining parcels were bought in 2014. The first is listed in section VII, number 8. The second parcel was bought on 8/25/2014 from the City of Waco, Texas as Trustee. Both parcels were converted to one parcel in 2014. The value code under Section VII, B, C and D3 has been calculated including both parcels.

| Name of Person Reporting | Date of Report |
|---|---|
| Kinkeade, James E. | 08/10/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **James E. Kinkeade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544